UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RUDY HOLGUIN,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,

        Defendant.

Case No. 23-cv-00025-VKD

**ORDER OF DISMISSAL**

Re: Dkt. No. 28

Pursuant to the parties' stipulation, this action is dismissed with prejudice. *See* Dkt. No. 28 ¶ 5.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 6, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge